| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE SUPERIOR COURT 2 |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF LAWRENCE | ) | CAUSE NO. |

GEICO, as Subrogee of Carole Miller, )
)
       Plaintiff, )
)
v. )
)
UNITED STATES POSTAL SERVICES, )
)
       Defendant. )

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

   **Initiating** __X__     **Responding** _____     **Intervening** _____; and

   The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member:

   **Name:** GEICO, as Subrogee of Carole Miller

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   Randall A. Lakey, #21929-49          E-mail: RLakey@geico.com
   Elizabeth A. Penn, #23360-32         E-mail: EPenn@geico.com
   Glenn A. Roberts, #35449-49          E-mail: GRoberts@geico.com
   Connor F. Hale, #34041-64            E-mail: ConnorHale@geico.com
   GEICO STAFF COUNSEL
   101 West 103rd Street
   Indianapolis, IN  46290
   Phone: (317) 816-1250
   Fax: (317) 816-1255

**IMPORTANT**: Each attorney specified on this appearance:

    (a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

    (c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. There are other party members:   Yes ____   No _X_

4. **If first initiating party filing this case, the Clerk is requested to assign this case the following Case type under Administrative Rule 8(b)(3):** SC-Small Claims

5. I will accept service by FAX at the above noted number:
Yes ____   No _X_

6. This case involves support issues.   Yes ____   No _X_

7. There are related cases: *(If yes, list on continuation page.)*
Yes ____   No _X_

8. This form has been served on all other parties. Certificate of Service is attached:
Yes ____   No _X_

Respectfully submitted,

/s/ Glenn A. Roberts
Glenn A. Roberts,
GEICO Staff Counsel
101 W. 103rd Street,
Indianapolis, Indiana 46290
Phone: 317-816-1250
Email: GRoberts@geico.com

**47D02-2211-SC-000349**

Lawrence Superior Court 2

| STATE OF INDIANA | IN THE LAWRENCE SUPERIOR COURT NO 2 |
|---|---|
| COUNTY OF LAWRENCE | CAUSE NO. _____-SC-_____ |

## NOTICE OF SMALL CLAIM

| | |
|---|---|
| GEICO, as Subrogee of Carole Miller | United States Postal Service |
| Name of Plaintiff 1 | Name of Defendant 1 |
| 101 West 103rd Street | 3939 Vincennes Road |
| Address of Plaintiff 1     VS. | Address of Defendant 1 |
| Indianapolis, Indiana 46290 | Indianapolis, Indiana 46298 |
| City, State, Zip Code | City, State, Zip Code |
| 317-816-1250 | |
| Telephone Number of Plaintiff 1 | Telephone of Defendant 1 |
| GRoberts@geico.com | |
| Email Address of Plaintiff 1 | |
| Name of Plaintiff 2 | Name of Defendant 2 |
| Address of Plaintiff 2 | Address of Defendant 2 |
| City, State, Zip Code | City, State, Zip Code |
| Telephone Number of Plaintiff 2 | Telephone Number of Defendant 2 |
| Email Address of Plaintiff 2 | |

## STATEMENT OF SMALL CLAIM

The defendant(s) have been sued by the plaintiff(s). The names of the parties appear above. Indiana Small Claims Rule 8(c) designates who may appear on behalf of a party. Each party, or the person designated to appear on behalf of a party, must appear in Lawrence Superior Court 2, located at 918 16th Street, #400 Bedford, Indiana 47421 on December 28, 2022 at 11:00 AM for the Initial Hearing. The Court usually does NOT conduct a contested trial at the Initial Hearing. A bench trial date will usually be set during the Initial Hearing, if the case is going to proceed to trial. If a party cannot appear at that date and time, a written Motion for Continuance may be filed requesting a different court date, which may or may not be granted by the Court. If the defendant(s) fails to appear, the Court may enter a default judgment against the defendant(s). If the plaintiff(s) fails to appear, the Court may dismiss the claim. The Court's staff may be reached at

The plaintiff's claim is for: ☐ a Note, Contract or Account (attach a copy) or

☒ Other  Automobile Accident

A brief statement of the nature of the plaintiff's claim against the defendant(s) is as follows: Jeffrey Godwin, through his scope and employment with the United States Postal Service, was operating his vehicle on 11th Street at the yield sign located on 10th and 11th Street. He negligently pulled out striking GEICO insured, Carole Miller, causing damages as set out herein.

The plaintiff(s) demands judgment against the defendant(s) for $ 4,691.38_____, plus pre-judgment interest from the date of _____, at the rate of ___%, attorney's fees of $_____, court costs, post-judgment interest, post-judgment sheriff service fee, and other costs, if applicable, such as an e-filing fee, certified mail, private process server, out-of-state sheriff's service, etc., for this action.

By filing this Notice of Small Claim, the plaintiff waives (gives up) the right to a jury trial. The defendant's right to a jury trial is waived (given up) unless the defendant files a Request for Jury Trial that complies with Indiana Code § 33-29-2-7 within ten (10) days of the receipt of the Notice of Small Claim, pursuant to Ind. Small Claims Rule 4(C). The defendant must pay $70.00 at the _____ County Clerk's Small Claims Office within ten (10) days after the Request for Jury Trial has been granted, plus any additional money required by statute, or the defendant waives or gives up the right to jury trial.

Before a Full-Time Designated Employee or Trustee may appear to represent the interests of a corporate entity, LLC, LLP, partnership, sole proprietorship, or trust in a small claims case, the Full-Time Designated Employee or Trustee must file a Certificate of Compliance and Affidavit in each case, as required by Indiana Small Claims Rule 8(c). The Court may sanction a Full-Time Designated Employee or Trustee, and the entity the Full-Time Designated Employee or Trustee represents, for failure to comply with the Indiana Small Claims Rules or local rules of court. Sanctions may include assessment of costs or reasonable attorney's fees, the entry of a default judgment, the dismissal of a claim with or without prejudice, fines, and/or incarceration.

/s/ Glenn Roberts                                    11/09/2022
Glenn Roberts                                        Date
Attorney for Plaintiff, GEICO

## OTHER IMPORTANT INFORMATION CONCERNING THIS SMALL CLAIM

**mycase.in.gov** – You may check the status of your case, including your hearing dates, at mycase.in.gov, unless the case is confidential.

**Small Claims Manual** – A copy of the Indiana Small Claims Manual ("Manual") is available at the Small Claims Office. The Manual, the Indiana Small Claims Rules, and a video, "Representing Yourself in Small Claims Court," are also available at: http://www.in.gov/judiciary/2710.htm.

**Notice by email** – When you provide an email address on this form or an Appearance, all notices and orders will be distributed by email, and you will no longer receive paper copies of the notices and orders from the Court. If you are the plaintiff, you may file a petition for an order granting an exemption as to the email address requirement, which may be granted by the Court.