UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| GEICO, as Subrogee of Carole Miller, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> ) <br> Defendants. ) | Case No. 4:22-cv-00169-JMS-KMB |

> Dismissal without prejudice acknowledged [6].
> JMS, DJ 1/4/23
> Distribution via ECF

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff GEICO as subrogee of Carol Miller, hereby gives notice that this action is voluntarily dismissed without prejudice. Defendant UNITED STATES POSTAL SERVICE has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Respectfully Submitted,

**GEICO STAFF COUNSEL**

By: */s/ Glenn A. Roberts*
Glenn Roberts
Attorney No. 35449-49
*Attorney for Plaintiff, GEICO*